# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED OCTOBER 31, 2023

## NO. 03-22-00205-CV

**Reynaldo "Rey" Gonzalez, Jr., M.D., J.D., Appellant**

**v.**

**Texas Medical Board, Appellee**

## APPEAL FROM THE 261ST DISTRICT COURT OF TRAVIS COUNTY BEFORE CHIEF JUSTICE BYRNE, JUSTICES TRIANA AND SMITH AFFIRMED IN PART, REVERSED AND REMANDED IN PART – OPINION BY JUSTICE TRIANA

This is an appeal from the judgment signed by the trial court on January 18, 2022. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the court's judgment. Therefore, the Court affirms in part, reverses and remands in part the trial court's judgment and remands the case to the trial court for further proceedings consistent with the Court's opinion. Each party shall bear its own costs relating to this appeal, both in this Court and in the court below.